Practice Manager Desktop - Citrix online plug-in

[Note - Williams, Marcellus L [Intake Note]]

File Edit Tools View Window Help

Note | Entitities | Relate to Matters | Relate to Entities | Related Annotations | Relate to Issues

Description [Williams, Marcellus L. [Intake Note]]

Type [INTAKE]    Intake
Author [BDANNHEIM]    Darnheim, Betsy

Flag note as
☐ Locked
☐ Private

**10/11/2018 3:44:51 PM by BDANNHEIM for Williams, Marcellus L.** Stem at MacGregor Park outreach 10/5/18   INCOMPLETE APPLICATION
Unsure what the A's issues are Consumer and Miscellaneous were both checked on prelim application, called A and L/M for him and he has not called me back today, prepd 10 day letter, scanned & dropped prelim app in PM. WF to BD to f/u on 10 day letter

**10/15/2018 1:15:28 PM (BDANNHEI)** rec'd message from A, called him back and L/M.

**10/16/2018 4:16:59 PM (BDANNHEI)** finished with application.
A is trying to collect a debt from brother for a computer that he bought and financed for him through Barclays Bank in Delaware for $3600.00 with the stipulation that he would pay him back and also give him his old computer. In 2017 A went to Vantage Acceptance, a debt negotiator, and got this reduced to $950.00. A's brother Tyrone has not paid anything on this and told him he isn't going to pay nor is he going to give him the computer. No written agreement, this was a handshake deal with his brother. A said he was told be a girl at the negotiator that we would do an inability to pay for him since that was all he wanted . not really sure but will get with CB2 tomorrow. Gave A fax# to send vet doc.

**10/16/2018 08:21 AM (CBAKER2)** Received V.A. letter via vet help box. Spoke with BD about previous note. Since there were 3 women at the outreach, not sure who could've told him this legal information. Doubt A was told by me that I would do something for him legally considering we can't do as little as give advice without completed eligibility information. Upload to PM, update matter aux tab

 Gmail                                      Chloe Baker <chloembaker2014@gmail.com>

---

**FW: leave request**
1 message

---

**Chloe Baker** <CBaker2@lonestarlegal.org>                      Thu, Jan 17, 2019 at 8:58 AM
To: "chloembaker2014@gmail.com" <chloembaker2014@gmail.com>

---

**From:** Lili Morales
**Sent:** Thursday, November 01, 2018 10:57 AM
**To:** Chloe Baker
**Subject:** RE: leave request

Thank you Chloe, what time did you take your break and return?

---

**From:** Chloe Baker
**Sent:** Thursday, November 01, 2018 9:59 AM
**To:** Lili Morales
**Subject:** RE: leave request

I did not leave the office at 8:11, I take my morning break everyday at 8:35 and I even have an alarm that alerts me to stop working. I was under the impression that we could handle our breaks in whatever manner we'd like. If the transcript were work related, I wouldn't have handled it during one of the two breaks that I am entitled to everyday. I did not take an hour of leave.

---

**From:** Lili Morales
**Sent:** Thursday, November 01, 2018 9:28 AM
**To:** Chloe Baker
**Subject:** RE: leave request

Was the transcript work related? If the transcript drop off was not work related, how would you like us to handle the hour leave?

---

**From:** Chloe Baker
**Sent:** Thursday, November 01, 2018 9:17 AM
**To:** Lili Morales
**Subject:** RE: leave request

Yes,
I went to drop off a transcript (2 miles from the unit) during my morning break. I did not take an hour of personal time yesterday morning.

---

**From:** Lili Morales
**Sent:** Thursday, November 01, 2018 9:15 AM
**To:** Chloe Baker

**Subject:** FW: leave request

Chloe,

Sonia arrived at MVU yesterday morning and was looking for you and MVU said you had stepped out.

---

**From:** Lili Morales
**Sent:** Thursday, November 01, 2018 9:02 AM
**To:** Chloe Baker
**Subject:** RE: leave request

Good morning Chloe,

MVU said you left the building to take care of a personal matter at about 8:11 am and you return to office at about 9:11 am.

---

**From:** Chloe Baker
**Sent:** Wednesday, October 31, 2018 5:57 PM
**To:** Lili Morales
**Subject:** Re: leave request

I did not take an hour of personal time off today. I will get you the leave request form tomorrow when I am back in office.

Sent from my iPhone

On Oct 31, 2018, at 4:07 PM, Lili Morales <LMorales@lonestarlegal.org> wrote:

> Hi Chloe, I understand you need a leave day/time for voting. Please send me your leave request for the date that you'd like to take care of this. Also, please include a leave request for the morning 1 hour personal time off you took today.
>
> Thanks Chloe,
>
> *Lili Morales*
>
> Administrative Assistant
>
> *Belton & Conroe Branch offices*
>
> *Crime Victims Unit & Military and Veterans Unit*
>
> 412 W. Lewis
>
> Conroe, Texas 77301
>
> https://lonestarlegal.blog/
>
> (t) 936-539-2130 x2635
>
> (f) 936-539-2144
>
> <Leave Request Form.doc>

**Baker, Chloe**

| | |
|---|---|
| **From:** | Anna Martinez |
| **Sent:** | 11/20/2018 08:41 AM |
| **To:** | Chloe Baker |
| **CC:** | |
| **BCC:** | |
| | |
| **Attachments:** | |
| **Priority:** | Normal |
| **Request:** | None |
| **Security:** | Normal |
| **Deliver After** | 0  days(s) |
| | |
| **Subject:** | Form |

do not know what a form 21-22 is. you'll have to do this one

Note - Jenkins, Eugene, Jr. - [Intake Note]

ofc. Took originals and scanned into pm. Provided Mr. J with copies of everything. Gw CB2 re: signed papers.

**10/18/2018 02:13 PM (CBAKER2)** Reviewed documents signed by C, emailed to ogcaccreditationmailbox@va.gov. Dropped email into groupware.

**10/29/2018 09:58 AM (CBAKER2)** Received response via email stating I need to mail in VA 21-22a, mailed 10/29/18 **Houston Regional Benefit Office 6900 Almeda Road Houston, TX 77030**

**10/31/2018 4:59:13 PM (AMARTINE)** received via return mail, letter sent 10/4/2018 to A, scanned and entered into PM, gave to CBaker.

**11/16/2018 4:22:02 PM (CBAKER2)** Received VM from A, MN2's signature is needed in box's 16 and 17. Email MN2.

**11/19/2018 9:55:25 AM (CBAKER2)** Received VM from A, gave him a call back letting him know that MN2 signed box 16 and 17. Uploading to PM. WF AMaritnez to mail out form to **Houston Regional Benefit Office 6900 Almeda Road Houston**

**11/19/2018 08:37 AM (AMARTINE)** received via mail from Department of Veterans Affairs, scanned and entered into PM, staff w/ MNolan said to place on CBaker's desk.

**11/20/2018 10:09:35 AM (CBAKER2)** Received email via AMartinez that she was not capable of mailing off form 21-22a that I had attached to initial email and that I needed to come and do it myself. Left post at VA (with MN2 there) to come to CAX and mail off signed 21-22a. Email MN2 and SL to notify.

11/21/2018 10:15 AM (AMARTINEZ)  Staffed with CB who was rather upset and took offense to the fact that I questioned what the 21-22a form was since I was not familiar with this type of form, and I did not want to be responsible for mailing something to a client that was not supposed to go out before checking exactly what the paperwork was. Due to my questioning of this paperwork, CB felt obliged to personally come to combined arms and do it herself.

**11/20/2018 10:40:37 AM (CBAKER2)** Form 21-22a mailed off 11/20/18 file maintenance

**11/20/2018 4:31:22 PM (CPAULDIN)** Review of matter per SL

**11/21/2018 09:54 AM (MNOLAN2)** T/C from CBa wanting clarification on this matter. Client received a denial letter on May 2, 2018 denying him 3 (bilateral hearing loss, cervical spine injury, and lumbar spine injury) of 4 veteran disability claims he submitted. Client needs assistance in preparing his appeal documents to be submitted to the VA. Client must first submit a Notice of Disagreement which notifies the VA that he disagree with its decision and plan on submitting an appeal. Client must submit his NOD by May 2, 2019 - one year from the date of the denial letter. With the appeal comes drafting an affidavit describing in detail Client's medical condition and how it is affecting him daily, character letters (from church members, family members, who can attest to Client suffering from these conditions), submitting all medical records Client has in his possession, and organizing all of these documents to submit via CMRRR to the VA. Afterwards, Client would have to wait (wait

**Chloe Baker**

| | |
|---|---|
| **From:** | Courtney Paulding |
| **Sent:** | Thursday, January 03, 2019 12:04 PM |
| **To:** | Mariah Nolan; Chloe Baker |
| **Subject:** | RE: Came by office.......{Sanders, Bruce [Intake Matter]}Sanders, Bruce - [Intake Note]{Matter No.[1811-034365-MVU]} |

It was mean – I quoted the statement so that it would show his disposition – I am happy to eliminate it if you want.  I try to capture the converstations as the applicant/client communicates.

---

**From:** Mariah Nolan
**Sent:** Thursday, January 3, 2019 11:57 AM
**To:** Courtney Paulding; Chloe Baker
**Subject:** RE: Came by office.......{Sanders, Bruce [Intake Matter]}Sanders, Bruce - [Intake Note]{Matter No.[1811-034365-MVU]}

The attorney and her helper is a rather mean choice of words and I don't think that should be part of any applicants' notes.

---

**From:** Courtney Paulding
**Sent:** Thursday, January 03, 2019 10:23 AM
**To:** Chloe Baker; Mariah Nolan
**Subject:** Came by office.......{Sanders, Bruce [Intake Matter]}Sanders, Bruce - [Intake Note]{Matter No.[1811-034365-MVU]}

Most recent notes.........

12/27/2018 02:01 PM (CBAKER2) A came into the VA to bring in more denial letters. A was denied three more times and would like to know what his next steps are. I gave him referral to combined arms as an attempt to search for better avenues. However, A is adament about getting his phone through assurance and would like to get a reportive investigator on the case. I informed A that he if more than welcome to do so, but we do not do things of that caliber.

12/28/2018 08:33 AM (CPORTER2)C came to the office yesterday. I answered the door said he was looking for someone to help him with his cell phone. Couldn't really understand what he was saying. Seem very all over the place. He said that he was told from people at VA to come here. I called MN and CB they said they recommended that he came to combined arms and see if they can assist him with getting cell phone. I walked him down to combined arms, but they were closed until after the new year. He discussed that he was receiving letters rejecting from gettin a cell phone and he wanted a lawyer to sue the company even if he is able to get a cell phone for a different company. He said he would come back to combined arms after the holiday.

01/03/2019 10:09 AM (CPAULDIN) C came by office this morning.  Stated that he needed a lawyer to sue the Texas Commissions (something or other) and Assurant Wireless because Assurant has repeatedly denied him a cell phone. Ranted about his individual rights being violated because he is being denied a phone.  I informed him that having a phone was not a "right" per se, but acknowlegded that it was an inconvenience.  He further demanded that we sue the cell phone company because of the multiple denials.  I told him that since this is not an indivdual rights issue, that we do not engage in civil suit, fee-generating litigation.  Though, we certainly do assist our clients in other matters, such as individual rights, family law issues, etc....

   I asked him if he had the  most recent denial letter with him and he said "no".  I told him if he had the document, then perhaps we could examine it closely for the speicificity that he is searching for regarding the denial.

   Next, I asked him if he was able, through CB2's assistance, to talk to a supervisor at Assurant and he stated that phone calls were made but no progress (in his favor) was rendered.  He is demanding to know why is documentation is insufficient.  C stated that he went to Combind Arms and no one was able to assist him.  C stated that he was going to back to the VA to talk to "that attorney and her helper".  I told him that I would let CB/MN know that he may drop-in and that he must bring he most recent denial letter with him.

1/3/2019

Note - Sanders, Bruce - [Intake Note]

phone and he wanted a lawyer to sue the company even if he is able to get a cell phone for a different company. He said he would come back to combined arms after the holiday.

**01/03/2019 10:09 AM (CPAULDIN)** C came by office this morning.  Stated that he needed a lawyer to sue the Texas Commissions (something or other) and Assurant Wireless because Assurant has repeatedly denied him a cell phone. Ranted about his individual rights being violated because he is being denied a phone.  I informed him that having a phone was not a "right" per se, but acknowlegded that it was an inconvenience.  He further demanded that we sue the cell phone company because of the multiple denials.  I told him that since this is not an indivdual rights issue, that we do not engage in civil suit, fee-generating litigation.  Though, we certainly do assist our clients in other matters, such as individual rights, family law issues, etc....

I asked him if he had the  most recent denial letter with him and he said "no".  I told him if he had the document, then perhaps we could examine it closely for the speicificity that he is searching for regarding the denial.

Next, I asked him if he was able, through CB2's assistance, to talk to a supervisor at Assurant and he stated that phone calls were made but no progress (in his favor) was rendered.  He is demanding to know why is documentation is insufficient.  C stated that he went to Combind Arms and no one was able to assist him.  C stated that he was going to back to the VA to talk to "that attorney and her helper".  I told him that I would let CB/MN know that he may drop-in and that he must bring he most recent denial letter with him.

**01/03/2019 01:51 PM (CBAKER2)** A has multiple denial letters in PM. Will be contacting SLopez in regards to the concerning language in prior notes. A was sent to Combined Arms to seek new resources (States in the notes above) Email SL and CP2

1/3/2019 2:18:49 PM (CPAULDIN) Just to reclarify the previous notes so has not to have it confused, CLIENT referred to the staff at the VA Debakey Hospital as "That attorney and her helper".  This is NOT a personal comment, but rather the direct quote of the client who was clearly frustrated and confused because he feels like he is not getting help from us, Debakey nor Combined Arms.

## Chloe Baker



| | |
|---|---|
| **From:** | Chloe Baker |
| **Sent:** | Friday, January 04, 2019 10:09 AM |
| **To:** | Sonia Lopez |
| **Cc:** | Anna Martinez; Mariah Nolan |
| **Subject:** | {Garza, Joel M [Intake Matter]}Garza, Joel M - [Intake Note]{Matter No.[1901-000217-MVU]} |

**PM Message ID:** 8160292

1/3/2019 4:21:30 PM by AMARTINEZ for Garza, Joel M     PC: 01     LawType: Bankruptcy/ Debtor
Relief     HH: 1

A is seeking assistance with bankruptcy. A called to say that he had filled out an application at debakey and wondered where it was in the process of being accepted.  Let A know that I could not find an application, A had called previously and I had asked CB if she had the application and if so could she please enter it in the system, CB said she would call him.  Yesterday when A called he said it had been a month and he was getting upset. Asked NJO to assist, NO asked client his full name and ss# to see if maybe it was entered wrong.  No such application existed, A was on speaker phone and began to get very irate.  NO said that she was sorry but there was nothing in the system and we could do the application, NO asked how he did the application the first time if it was done through the computer, he said he filled out the application on paper with" a young  black girl at the VA hospital" in the Pension/compensation department on 4th floor.  NO apologized again and asked if he would like to do the application.  To this A started being very rude saying that he was going to the VA hospital and filing a complaint with HR regarding these staff and how they did not do their job and he had waited a month for nothing. NO asked about the issue he was having and who the AP was, A wanted a bankruptcy said he had about $20,000 in debt secured and unsecured.  NO asked if he knew much about bankruptcy he said yes and that he wanted a chapter 13, NO said that she could do the application but he would need to fill out the paperwork questionnaire so we could do the means test and figure out if he would qualify for bankruptcy since A seemed to think it was automatic that we simply do these cases.  A said he knew he qualified for bankruptcy he had done that, NO asked if he had taken a pre bankruptcy course, that the court requires that also.  He said he had the certificate of counseling already it was our fault that nothing was being done and he was filing his complaint with VA.  NO explained that he could do that but that legal aid was not affliated with the VA hospital that they merely gave us space via an office. That if A did the application it would be entered in the notes that he was very disatisifed and that he could then file a complaint through the directing attorney who was over the staff members. A began to get more rude then saying there would be no office given to LSLA once he was done filing his complaint at the VA HR.  Again NO said that the application could be done now if he wished to try and get assistance and he wanted to complain that she was just letting him know the correct channels.  He then started yelling he had enough and that he would do the application and she should just get on with it, his tone of voice was very nasty and NO said that there would be some questions he would need to answer on the the application to which A declared "Just get on with it then I have told you that".  NO handed phone back to me to do the application but A had hung up.  Called A back to do the application he did not answer, left a vm to call us back. He then called back and information was entered into PM.


01/04/2019 09:30 AM (SLOPEZ) - matter reviewed.  WF-AM schedule intake w AMoore


01/04/2019 10:05 AM (CBAKER2) I have a preliminary application for this applicant. I attempted to call to complete application to no avail, I have only spoken with this client on one occassion which he had already been instructed to file a complaint on me by my collegauges. On the day in question, I had already went home for the day and the office had been closed for the following holiday. However, after hearing how upset he had been I took personal time to reach out to client where he had already been provoked to, "take pictures of my door," and "file a complaint on the company" instead of simply helping the applicant over the phone since this location had already been closed. Email SLopez about concerning language in notes being offensive .

This is not the first time my race and age has been brought into the notes. I take extreme offense to it and I do not see what this adds to the notes nor how this language is a good representation of Lone Star Legal Aid.

Sonia, please let me know when you have read this email. Thank you.

1/4/2019

Hello,

Just wanted to know where we were on processing this check. Also, I only see October attached to this email and I am still waiting on November as well. Does anyone know where we are with that travel voucher?


Chloe Baker

---

**From:** Sonia Lopez
**Sent:** Friday, January 04, 2019 6:29 PM
**To:** Accounting E-mail
**Cc:** Chloe Baker
**Subject:** Chloe Baker - Travel Reimbursement

For processing, please find attached a travel reimbursement for Chloe Baker.


Sonia

 Gmail                     Chloe Baker <chloembaker2014@gmail.com>

---

## FW:

1 message

---

**Chloe Baker** <CBaker2@lonestarlegal.org>                     Thu, Jan 17, 2019 at 8:52 AM
To: "chloembaker2014@gmail.com" <chloembaker2014@gmail.com>

---

**From:** Chloe Baker
**Sent:** Friday, December 07, 2018 11:06 AM
**To:** Lili Morales
**Cc:** Sonia Lopez
**Subject:**

Hello,
I have attached the corrected October travel, November travel, and check request for Shipley's along with the reciept.

Thank you.

Chloe Baker

---

**4 attachments**


**IMG_5535.jpg**
1163K

**Shipley's check request.pdf**
34K

**October Reimbursement.pdf**
766K

**November travel.pdf**
682K

 Gmail

Chloe Baker <chloembaker2014@gmail.com>

---

## FW: Chloe Baker - Travel Reimbursement
1 message

---

**Chloe Baker** <CBaker2@lonestarlegal.org>
To: "chloembaker2014@gmail.com" <chloembaker2014@gmail.com>

Thu, Jan 17, 2019 at 8:51 AM

---

**From:** Robyn Rice
**Sent:** Wednesday, January 09, 2019 4:25 PM
**To:** Chloe Baker
**Cc:** Sonia Lopez; Accounting E-mail
**Subject:** RE: Chloe Baker - Travel Reimbursement

Hi Chloe,

Do you recall the date the November expense report was submitted to Accounting?  I've checked with Nelda and Hong and they do not have record of the November report having been submitted.  It seems we received the October on Friday evening.  Unfortunately, Accounting cannot turn around a reimbursement in this short of a time frame.  Also, please note that the excerpt below from the LSLA 2018 Travel Reimbursement Policy.  The October expense report was due on November 15th.  When reimbursement requests are turned in past the due date, they fall behind in the queue of invoices/reimbursements to be processed.  Please let me know if you have any questions.

Local travel reimbursements will be paid on a monthly basis.  The employee should submit the signed and approved form by the supervisor within fifteen (15) days following the month in which the expense was incurred.  In special circumstances, an employee may request reimbursement prior to the end of the month.

Thanks,

Robyn

---

**From:** Chloe Baker
**Sent:** Wednesday, January 09, 2019 3:28 PM
**To:** Sonia Lopez; Accounting E-mail
**Subject:** RE: Chloe Baker - Travel Reimbursement

 Gmail                                    Chloe Baker <chloembaker2014@gmail.com>

---

**FW: November Travel and Training Reimbursement, and all other Reimbursement due COB Friday, 12. 6.18**

1 message

---

**Chloe Baker** <CBaker2@lonestarlegal.org>                        Thu, Jan 17, 2019 at 8:55 AM
To: "chloembaker2014@gmail.com" <chloembaker2014@gmail.com>

---

**From:** Sonia Lopez
**Sent:** Tuesday, December 04, 2018 3:54 PM
**To:** Military and Veterans Unit
**Subject:** Fwd: November Travel and Training Reimbursement, and all other Reimbursement due COB
Friday, 12. 6.18

MVU,

We have a reporting deadline for a majority of our grants this month.

Please submit all of your travel and training expenses for all expenses through 11.30.18 by the end of the
week. In order to include expenses in the grant financial reports due 12.15.18 for grants whose reporting
period ended 11.30.18, we'll need to receive the expenses in time to review and approve them.

   Thank you.


Sonia

(f) 936-539-2144

---

**20181217143614077.pdf**
220K

 Gmail                    Chloe Baker <chloembaker2014@gmail.com>

---

## FW: October Travel

1 message

---

**Chloe Baker** <CBaker2@lonestarlegal.org>                    Thu, Jan 17, 2019 at 8:53 AM
To: "chloembaker2014@gmail.com" <chloembaker2014@gmail.com>

---

**From:** Chloe Baker
**Sent:** Monday, November 05, 2018 3:21 PM
**To:** Sonia Lopez
**Cc:** Lili Morales
**Subject:** October Travel

Hello!
Here are is my October travel form.


Chloe Baker

Paralegal-MVU

Lone Star Legal Aid

2929 McKinney, 2nd Floor, Houston, Texas 77003

O (713) 652-0077 x 1013 | F (713) 652-4063

Notice of Confidentiality

This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system

---

📎 **doc01834220181105161330.pdf**
931K



**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
2002 Holcombe Boulevard
Houston TX 77030



In Reply Refer To:
580/111/PC

## Certificate of Visit

**Mr/Ms/~~Mrs.~~** _Chloe Marie Baker_ **was
seen in the Prime Care Clinic at the VA Medical Center
on** _Jan 22nd 2019_ **(day),** _01_ / _22_ /_2019_ **(date).**
_Thursday_

**He/she will be unable to perform their regular work
until** _Feb_ / _1st_ / _2019_

**Restrictions are (if applicable)** _____
_____ .

_Pannathy Nay_

_____
**Signature and Title**

_1/24 2019_

_____
**Date**



**PAUL E. FURRH, JR.**
Attorney at Law
Chief Executive Officer

**ERNEST W. BROWN, JR.**
Attorney at Law
Deputy Director

Mailing Address:
1415 Fannin Street
Houston, Texas 77002

713-652-0077 Telephone
713-652-2709 Fax
800-733-8394 Toll-free

# Lone Star Legal Aid
## ADMINISTRATIVE OFFICE
### Houston, Texas

January 31, 2019

**MEMO TO FILE**

To:   Chloe Baker
From: Ernest W. Brown, Jr.
      Deputy Director/Lone Star Legal Aid

Re:   Response to January 3, 2019 formal complaint

I have concluded my internal investigation of the concerns raised in your January 03, 2019 formal complaint.

I have interviewed interested parties and reviewed the relevant notes in Practice Manager. Although the notes entered by LSLA staff in the case management system could be interpreted as inappropriate, the drafter was following our training pertaining to accurately memorializing statements made by the applicant. We do not condone the language reflected in the notes in question. The notes are, however, an accurate reflection of statements made by the applicant and transferred into his file.

In addition, your complaints pertaining to interoffice personality dynamics have been addressed with the relevant parties.

It is my conclusion that the claims you allege in your formal complaint do not rise to the level of harassment and/or racial discrimination.

*Serving the East Region of Texas since 1948*
Angleton, Beaumont, Belton, Bryan, Conroe, Galveston, Houston, Longview, Nacogdoches, Paris, Texarkana, Tyler, Waco



**PAUL E. FURRH, JR.**
Attorney at Law
Chief Executive Officer

**ERNEST W. BROWN, JR.**
Attorney at Law
Deputy Director

Mailing Address:
1415 Fannin Street
Houston, Texas 77002

713-652-0077 Telephone
713-652-2709 Fax
800-733-8394 Toll-free



# Lone Star Legal Aid
## ADMINISTRATIVE OFFICE
### Houston, Texas

January 31, 2019

*Via email*
Ms. Chloe Baker

      Re:     Notice of non-renewal of Temporary Worker Agreement

Dear Ms. Baker:

      Please be advised that your Temporary Worker Agreement terminates today, January 31, 2019.

      Lone Star appreciates the commitment and hard work you have given to our firm and the people we help.  We wish you the best of luck and success.

      Sincerely,

      ERNEST W. BROWN, JR.
      Deputy Director

EWB/ps

# EEOC (INQUIRY) NUMBER: 460-2019-02226

## <u>Inquiry Information</u>

### <u>REASON(S) FOR CLAIM</u>

**Date of Incident (Approximate):** 01/31/2019

**Reason for Complaint:** Race, National origin and/or ethnicity, Color, Retaliation - I filed a charge of job discrimination about any of the above

**Pay Disparity:**

**Location of Incident:** Texas

**Submission (initial inquiry) Date:** 02/21/2019

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:** N/A

**Charge Number:** N/A

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

### <u>INQUIRY OFFICE</u>

**Receiving:** Houston District Office

**Accountable:** Houston District Office

### <u>APPOINTMENT</u>

**Appointment Date and time:**

**Interview Type:**

### <u>APPROXIMATE DEADLINE FOR FILING A CHARGE:</u>  11/26/2019

### <u>POTENTIAL CHARGING PARTY</u>

**First Name, Middle Initial:** Chloe

**Last Name:** Baker

**Street or Mailing Address:** 6935 Hockley Garden

**Address Line 2:**

**City, State, Zip:** HOUSTON, TX, 77049

**Country:** UNITED STATES OF AMERICA

**Year of Birth:**

**Email Address:** chloembaker2014@gmail.com

**Home Phone Number:**

**Cell Phone Number:** (713) 775-3077

## RESPONDENT/Employer

**Organization Name:** LONE STAR LEGAL AID

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Street or Mailing Address:** 500 Jefferson

**Address Line 2:**

**City, State, Zip Code:** HOUSTON,TX, 77002

**County:** Harris

**Phone Number:**

## RESPONDENT CONTACT

**First and Last Name:** Pamela Sotoodeh

**Email Address:**

**Phone Number:**

**Title:** Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:** 2929 McKinney

**Address Line 2:**

**City, State, Zip Code:** 77003

**County:**

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:**  F

**Disabled:**  I do not have a disability

**Are you Hispanic or Latino?**  not hispanic or latino

**Ethnicity:**  American Indian or Alaskan Native, Black or African American,

**National Origin:**  American(U.S.)

## Adverse Action(s)

I filed a complaint because of co worker harassing me in the workplace and making it a hostile environment 12/27/18 I am of African/Native American decent and have been referred to as "girl" 10/15/18 "the black girl"1/3/19 "helper"1/19/19 in notes and emails.

On 01/22/19 I was assigned 40 new tasks that would normally belong to the co worker that I had filed a complaint on. . I was sent home for 8 days of sick leavel had 10 days of sick leave still able to use, but I still have not been paid. 1/31/19 the findings of HR about my compliant (which was dated incorrectly) was sent to me saying the notes about me were appropriate and apart of the company's training. Within 10 minutes of that email, I was sent my termination papers.

# Supplemental Information

## What Reason(s) were you given for the action taken against you?

N/A

## Was anyone in a similar situation treated the same, better, or worse than you?

N/A

## Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

N/A

## Please tell us any other information about your experience?

N/A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Houston District Office**

Mickey Leland Building
1919 Smith Street, 7ᵗʰ Floor
Houston, TX 77002
Houston Direct Dial: (713) 651-4900
TTY (713) 651-4901
FAX (713) 651-4902
Website: www.eeoc.gov

September 23, 2020

Dear Ms. Chloe Baker:

This is in response to your email dated September 11, 2020, concerning a portal inquiry that you submitted to the U.S. Equal Employment Opportunity Commission (EEOC) on February 21, 2019, involving Lone Star Legal Aid, inquiry #460-2019-02226.

A review of the investigative file reveals that you were interviewed by Investigator Vernon Gardner on March 13, 2019.  Mr. Gardner's notes indicate that you were advised of your right to file a charge of discrimination against Lone Star Aid; however, you chose not to file a charge at that time.  Since more than 300 days have elapsed since your date of harm, January 31, 2019, your allegations of discrimination are now considered time-barred.

While we understand that you firmly dispute Mr. Gardner's version of what was discussed during your interview on March 13, 2019, we must make a decison based on the information and facts provided by Mr. Gardner in the investigative file.

Based on the discussion above, no further action will be taken regarding this inquiry.

Sincerely,

**Gabriel Cervantes**
Digitally signed by Gabriel Cervantes
DN: cn=Gabriel Cervantes, o=EEOC, ou, email=gabriel.cervantes@eeoc.gov, c=US
Date: 2020.09.23 15:50:33 -05'00'

Gabriel Cervantes
Intake Supervisor