# Exhibit A

# Inquiry Information

## REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 01/31/2019

**Reason for Complaint:** Race, National origin and/or ethnicity, Color, Retaliation - I filed a charge of job discrimination about any of the above

**Pay Disparity:**

**Location of Incident:** Texas

**Submission (Initial Inquiry) Date:** 02/21/2019

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:** N/A

**Charge Number:** N/A

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

## INQUIRY OFFICE

**Receiving:** Houston District Office

**Accountable:** Houston District Office

## APPOINTMENT

**Appointment Date and time:**

**Interview Type:**

## APPROXIMATE DEADLINE FOR FILING A CHARGE: 11/26/2019

## POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** Chloe

**Last Name:** Baker

**Street or Mailing Address:** 6935 Hockley Garden

**Gender:** F

**Disabled:** I do not have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** American Indian or Alaskan Native, Black or African American,

**National Origin:** American(U.S.)

## Adverse Action(s)

I filed a complaint because of co worker harassing me in the workplace and making it a hostile environment 12/27/18 I am of African/Native American decent and have been referred to as "girl" 10/15/18 "the black girl"1/3/19 "helper"1/19/19 in notes and emails.

On 01/22/19 I was assigned 40 new tasks that would normally belong to the co worker that I had filed a complaint on. . I was sent home for 8 days of sick leave! had 10 days of sick leave still able to use, but I still have not been paid. 1/31/19 the findings of HR about my compliant (which was dated incorrectly) was sent to me saying the notes about me were appropriate and apart of the company's training. Within 10 minutes of that email, I was sent my termination papers.

## Supplemental Information

### What Reason(s) were you given for the action taken against you?

N/A

### Was anyone in a similar situation treated the same, better, or worse than you?

N/A

### Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

N/A

### Please tell us any other information about your experience?

N/A