# Exhibit C



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Houston District Office**

Mickey Leland Building
1919 Smith Street, 7th Floor
Houston, TX 77002
Houston Direct Dial: (713) 651-4900
TTY (713) 651-4901
FAX (713) 651-4902
Website: www.eeoc.gov

September 23, 2020

Dear Ms. Chloe Baker:

This is in response to your email dated September 11, 2020, concerning a portal inquiry that you submitted to the U.S. Equal Employment Opportunity Commission (EEOC) on February 21, 2019, involving Lone Star Legal Aid, inquiry #460-2019-02226.

A review of the investigative file reveals that you were interviewed by Investigator Vernon Gardner on March 13, 2019. Mr. Gardner's notes indicate that you were advised of your right to file a charge of discrimination against Lone Star Aid; however, you chose not to file a charge at that time. Since more than 300 days have elapsed since your date of harm, January 31, 2019, your allegations of discrimination are now considered time-barred.

While we understand that you fimly dispute Mr. Gardner's version of what was discussed during your interview on March 13, 2019, we must make a decison based on the information and facts provided by Mr. Gardner in the investigative file.

Based on the discussion above, no further action will be taken regarding this inquiry.

Sincerely,

Gabriel Cervantes

Gabriel Cervantes
Intake Supervisor



EXHIBIT C