**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHLOE BAKER, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-03870 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | MAGISTRATE JUDGE SAM S. |
| | § | SHELDON |
| LONE STAR LEGAL AID, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On this date, the Court considered Defendant Lone Star Legal Aid's Second Amended Motion to Dismiss (Dkt. 24). Having considered the Motion, and all related filings, the Court is of the opinion that the Motion should be GRANTED.

Defendants' Motion to Dismiss is granted in its entirety because Plaintiff failed to file a timely charge of discrimination with the EEOC.

SO ORDERED.

Signed on _____, at Houston, Texas.

---

Hon. Charles Eskridge
United States District Judge