UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHLOE BAKER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION 4:20-CV-03870 |
| | § | |
| LONE STAR LEGAL AID, | § | |
| ERNEST BROWN, PAMELA SOTOODEH, | § | |
| SONIA LOPEZ, COURTNEY PAULDING, | § | |
| AND ANNA MARTINEZ | § | |
| | § | |
| Defendants. | § | |

## <u>APPEARANCE OF COUNSEL</u>

TO THE HONORABLE JUDGE OF THIS COURT:

      I, Kendrick E. Bradley, Attorney at Law, am admitted or otherwise authorized to practice in this court, and hereby enters an appearance as attorney in charge for Plaintiff, CHLOE BAKER.

      All further communications and notices and requests in this case to said Plaintiff should be directed to said Kendrick E. Bradley as attorney of record to:

*Kendrick E. Bradley*
*K.E. Bradley & Associates*
*7070 Knights Court, Suite 601*
*Missouri City, Texas 77459*
*(832) 440-0585(Telephone)*
*(832) 201-8998(Facsimile)*
*kendrick@kebradleylaw.com (Email)*

*Respectfully submitted by,*
*/s/ Kendrick E. Bradley*
Kendrick E. Bradley, Esq.
TBN: 2410152
K. E. BRADLEY & ASSOCIATES
7070 Knights Court, Suite 601
Missouri City, Texas 77459
**ATTORNEY FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December 2021, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the opposing counsel.


*/s/ Kendrick E. Bradley*
**KENDRICK E. BRADLEY, ESQ.**