### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CHLOE BAKER, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-03870 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § | |
| | § | MAGISTRATE JUDGE SAM S. |
| | § | SHELDON |
| LONE STAR LEGAL | § | |
| AID, | § | |
| Defendant. | § | |

## ORDER

On this date, the Court considered Defendant Lone Star Legal Aid's Motion for Summary Judgment (Dkt. 68). Having considered the Motion, and all related filings, the Court is of the opinion that the Motion should be GRANTED.

Defendants' Motion for Summary Judgment is granted in its entirety because Plaintiff failed to exhaust her administrative remedies due to her failure to file a timely charge of discrimination with the Equal Employment Opportunity Commission or Texas Workforce Commission. Plaintiff's claims are dismissed in their entirety with prejudice.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge