UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHLOE BAKER | § § § § § § § § § § | |
| Plaintiff, | | |
| | | CIVIL ACTION 4:20-CV-03870 |
| LONE STAR LEGAL AID, | | |
| Defendants. | | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

TO THE HONORABLE JUDGE OF THIS COURT:

In accordance with 28 U.S.C. § 636(c), all parties to this action waive their right to proceed before a District Judge of this Court and consent to have a United States Magistrate Judge conduct all further proceedings, including hearings and rulings on motions, pretrial conferences and trial, and entry of judgment.

Counsel for all parties have Conferenced and agree on consent to allow Magistrate Judge to conduct all further proceedings.

Kendrick E. Bradley for Plaintiff Chloe Baker

Peter Goetshel for Defendant Lone Star Legal Aid

*Respectfully submitted by,*
*/s/ Kendrick E. Bradley*
Kendrick E. Bradley, Esq.
TBN: 2410152
K. E. BRADLEY & ASSOCIATES
7070 Knights Court, Suite 601
Missouri City, Texas 77459
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of April 2022, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the opposing counsel.

                                              */s/ Kendrick E. Bradley*
                                              **KENDRICK E. BRADLEY, ESQ.**