United States District Court
Southern District of Texas
**ENTERED**
May 04, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CHLOE BAKER, § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:20-CV-03870 |
| § | |
| LONE STAR LEGAL, § | |
| AID, *et al.*, § | |
| *Defendants.* § | |

# ORDER

The Court ORDERS the following modification to the Amended Scheduling and Docket Control Order (ECF No. 59):

**6.  6/15/2022**    MEDIATION OR SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE

The parties must complete mediation or other form of dispute resolution.

Signed on May 4, 2022 at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge