UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHLOE BAKER § | |
| § | |
| Plaintiff, § | |
| § | |
| § | CIVIL ACTION 4:20-CV-03870 |
| § | |
| LONE STAR LEGAL AID, § | |
| § | |
| Defendants. § | |

**MOTION TO WITHDRAW**

TO THE HONORABLE JUDGE OF THIS COURT:

Attorney Kendrick Bradley asks this Court to allow him to withdraw as attorney in charge for Plaintiff, Chloe Baker.

A. INTRODUCTION

1. Plaintiff is Chloe Baker; defendant is Lone Star Legal Aid.

2. Plaintiff sued defendant for Equal Employment Opportunity complaints related to her Employment with Defendant.

3. There is good cause for this Court to grant this motion to withdraw, as the Plaintiff has mailed the Attorney a Termination Notice with the effective date of April 30,2022.  Despite contrary documentation, Plaintiff believes current counsel has attempted to "waive" her right to mediation.

4. We have been made aware Ms. Baker has a new attorney but has not been provided the name or contact information for Ms. Baker's new counsel.

5. Defendants Counsel does not object to withdrawal.

WHEREFORE, Counsel respectfully request the Court grant his withdrawal as counsel to Plaintiff on this case.

Dated: May 5, 2022

*Respectfully submitted by,*
*/s/ Kendrick E. Bradley*
Kendrick E. Bradley, Esq.
TBN: 2410152
K. E. BRADLEY & ASSOCIATES
7070 Knights Court, Suite 601
Missouri City, Texas 77459

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 5th day of May 2022, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following e-mail addresses of opposing counsel.

Peter H. Goetschel
Attorney for Defendant
Vinson & Elkins L.L.P.
1001 Fannin, Suite 2500
Houston, Texas 77002-6760
713-785-2384
Fax: 713-615-5014
pgoetschel@velaw.com

Christopher V. Bacon
Attorney for Defendant
Vinson & Elkins L.L.P.
1001 Fannin, Suite 2500
Houston, Texas 77002-6760
713-758-1148
Fax: 713-615-5014
cbacon@velaw.com

                                          */s/ Kendrick E. Bradley*
                                          **KENDRICK E. BRADLEY, ESQ.**