United States District Court
Southern District of Texas
**ENTERED**
May 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHLOE BAKER, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>LONE STAR LEGAL, §<br>AID, *et al.*, §<br>*Defendants.* § | CIVIL ACTION NO. 4:20-CV-03870 |

# **ORDER**

Pending before the Court is Plaintiff's counsel's Motion to Withdraw. ECF No. 74. Defendants do not oppose the Motion. The Motion is GRANTED. It is ORDERED that Plaintiff's current counsel is permitted to withdraw as counsel on the date upon which Plaintiff's new counsel enters an appearance in this case.

Signed on May 6, 2022 at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge