United States District Court
Southern District of Texas
**ENTERED**
June 07, 2022
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: June 6, 2022
COURT REPORTER:  ERO not needed
MORNING: 2.5 hrs    AFTERNOON: _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO 4:20cv3870

| | |
|---|---|
| Chloe Baker, | Pro se |
| Plaintiff | |
| vs | |
| Lonestar Legal Aid, et al | Christopher V. Bacon |
| | Peter Joseph Goetschel |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MINUTE ENTRY ORDER:

The Court conducted a Settlement Conference on June 6, 2022. The case did not settle.

   SIGNED in Houston, Texas, this 7th day of June, 2022.

_____
Sam Sheldon
United States Magistrate Judge