United States District Court
Southern District of Texas
**ENTERED**
June 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHLOE BAKER, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:20-CV-3870 |
| LOAN STAR LEGAL AID ET AL *Defendants*. | § § § | |

## ORDER

It is ORDERED that the Clerk will register Plaintiff Chloe Baker to receive electronic notices from the CM/ECF system at the email address **ChloeMBaker2014@gmail.com**. Plaintiff is hereby notified that upon being registered to receive electronic notices, the Clerk will NOT mail hard copies of docket entries to Plaintiff. It is Plaintiff's responsibility to monitor the email address provided and to monitor this case docket in order to be informed of all activity in his case. The Clerk will provide Plaintiff access to the CM/ECF system for the purpose of filing pleadings in this case. Plaintiff will NOT have the ability to file documents in any case other than the above-styled case and will NOT have the ability to file a new case using the CM/ECF system. It is further

ORDERED that if Plaintiff abuses or misuses the privilege of electronic filing her access will be revoked.

Signed on June 16, 2022, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge