52  00:05:36.840 --> 00:05:37.440 Pamela Sotoodeh: No.

53  00:05:40.200 --> 00:05:49.320 K. E. Bradley Law: With that I think I've gone over basically the baseline of to get us started and just we'll go from there, so.

54  00:05:50.370 --> 00:05:55.380 K. E. Bradley Law: Can you tell me how long you've worked for lone star, or do you still work for lone star, how long have you work for lone star?

55  00:05:56.280 --> 00:06:00.180 Pamela Sotoodeh: I still working for lonestar I started in February of 2014.

56  00:06:00.630 --> 00:06:04.290 K. E. Bradley Law: February 2014 so that gives you about seven-- eight years.

57  00:06:05.820 --> 00:06:07.080 K. E. Bradley Law: eight years or seven.

58  00:06:08.070 --> 00:06:09.300 Pamela Sotoodeh: Yes, something like that.

59  00:06:10.500 --> 00:06:15.240 K. E. Bradley Law: Okay, and and, what is your position at Lonestar currently.

60  00:06:16.050 --> 00:06:19.650 Pamela Sotoodeh: Currently I'm assistant counsel to the executive deputy director.

61  00:06:21.540 --> 00:06:22.830 K. E. Bradley Law: And how long have you been in that role.

62  00:06:24.330 --> 00:06:26.340 Pamela Sotoodeh: About a year and a half.

63  00:06:29.160 --> 00:06:34.620 K. E. Bradley Law: And what previous positions have you had with lone star.

64  00:06:35.340 --> 00:06:37.470 Pamela Sotoodeh: Before that, I was director of administration.

65  00:06:42.000 --> 00:06:46.200 K. E. Bradley Law: And as director of a minute, and that was the only other job with Lonestar?

66  00:06:47.550 --> 00:06:51.690 Pamela Sotoodeh: And before that I was manager of the central intake unit at Lonestar Legal Aid.

67  00:07:01.260 --> 00:07:03.450 K. E. Bradley Law: That's intake for clients correct.

68  00:07:03.450 -- > 00:07:04.050 Pamela Sotoodeh: Yes.

69  00:07:04.050 --> 00:07:05.130 K. E. Bradley Law: Okay.

70  00:07:08.850 --> 00:07:11.640 K. E. Bradley Law: And director of administration that is and.

71  00:07:12.660 --> 00:07:16.320 K. E. Bradley Law: My terms of would be considered like human resources, correct?

72  00:07:17.640 --> 00:07:23.280 Pamela Sotoodeh: Well, I'm not human resources I'm-- I take my orders from have always taken my orders from the deputy.

73  00:07:24.960 --> 00:07:30.510 Pamela Sotoodeh: Well, director administration speaks speaks directly to the deputy director.

74  00:07:31.110 --> 00:07:34.500 Pamela Sotoodeh: Okay, so I-- I'm not-- I'm, not human resource.

75  00:07:35.340 --> 00:07:40.050 K. E. Bradley Law: Okay, and do does Lonestar have a separate human resource.

76  00:07:40.500 --> 00:07:45.060 K. E. Bradley Law: Division they do and does that division report to you or have any reporting.

77  00:07:45.090 --> 00:07:48.060 Pamela Sotoodeh: No, I report directly to Mr. Brown.

78  00:07:48.600 --> 00:07:49.350 Pamela Sotoodeh: Who is the--

79  00:07:49.440 --> 00:07:51.840 Pamela Sotoodeh: executive deputy director okay.

80  00:07:55.530 --> 00:07:56.070 K. E. Bradley Law: Okay and--

81  00:07:57.240 --> 00:08:01.140 K. E. Bradley Law: As your role as Director of administration, did you have.

82  00:08:02.220 --> 00:08:13.440 K. E. Bradley Law: Any oversight or over the EO program at all because is that was that one of your categories that-- that fall under to your--

83  00:08:14.040 --> 00:08:14.940 Pamela Sotoodeh: What is EO?

84  00:08:15.510 --> 00:08:18.900 K. E. Bradley Law: Equal opportunity EEOC the EO policy.

85  00:08:19.110 --> 00:08:21.300 Pamela Sotoodeh: Right and repeat your question.

86   00:08:21.900 --> 00:08:27.360 K. E. Bradley Law: Did under as your role of director of administration did the EO program fall under you at all.

87   00:08:29.100 --> 00:08:30.420 K. E. Bradley Law: Equal opportunity Program there—there--

88   00:08:31.950 --> 00:08:33.810 Pamela Sotoodeh: Not-- did not fall underneath me no.

89   00:08:33.870 --> 00:08:42.240 K. E. Bradley Law: Okay that's uh-- yes ma'am I'm not yeah, I'm not trying to be tricky just trying to figure out how the company separates and organizes.

90   00:08:52.620 --> 00:08:59.070 K. E. Bradley Law: As a part of your directive administration role, you were directly tied—were you directly tied to the hiring process.

91   00:09:00.120 --> 00:09:02.040 K. E. Bradley Law: And I'm sorry if you can't hear clearly.

92   00:09:04.710 --> 00:09:06.330 K. E. Bradley Law: Are you having challenges hearing me? That what it is--

93   00:09:07.800 --> 00:09:09.900 Pamela Sotoodeh: Okay, can you repeat that question.

94   00:09:10.200 --> 00:09:18.600 K. E. Bradley Law: Yes, ma'am I'm just asking if you're having challenges hearing me. I'm trying to move these computers around in a different location, so that might be some of the challenges hearing me.

95   00:09:18.780 --> 00:09:23.700 Pamela Sotoodeh: No, well it's fine it's just when you with papers, I can i'm having a little hard time.

96   00:09:23.970 --> 00:09:25.200 K. E. Bradley Law: Okay um.

97   00:09:26.310 --> 00:09:30.030 K. E. Bradley Law: As far as Director of administration What was your role in the hiring process.

98   00:09:31.650 --> 00:09:32.250 Pamela Sotoodeh: um.

99   00:09:33.390 --> 00:09:54.840 Pamela Sotoodeh: I worked directly with the deputy director, the hiring-- my world evolved at the time when I was-- when I was director

127  00:13:09.000 --> 00:13:13.800 K. E. Bradley Law: What all did that mean, as far as Lonestar is concern full time positions.

128  00:13:14.700 --> 00:13:23.040 Pamela Sotoodeh: Regular regular full-time as a 40-hour week full-time position was not a temporary position that had a beginning date and an ending date.

129  00:13:27.990 --> 00:13:35.040 K. E. Bradley Law: So, if the description said it was full time it would not the basically there wouldn't be any end date associated with that particular.

130  00:13:36.420 --> 00:13:36.960 K. E. Bradley Law: position.

131  00:13:37.800 --> 00:13:41.430 Pamela Sotoodeh: If it was a regular full time there would be no ending date per se.

132  00:13:48.300 --> 00:13:55.770 K. E. Bradley Law: And did all positions come with benefits that you offer only full-time positions or what would a qualification for benefits.

133  00:13:56.100 --> 00:13:57.030 Pamela Sotoodeh: Benefit—I--

134  00:13:57.540 --> 00:13:58.140 K. E. Bradley Law: Meaning--

135  00:13:59.910 --> 00:14:02.070 K. E. Bradley Law: Time-off.

136  00:14:03.120 --> 00:14:05.250 K. E. Bradley Law: Sick leave, vacation time all that good stuff.

137  00:14:08.040 --> 00:14:14.820 Pamela Sotoodeh: If you are regular full time or if you're temporary we were providing we are providing benefits, including paid time off.

138  00:14:15.960 --> 00:14:19.800 K. E. Bradley Law: And those benefits the same regardless of whether you are full time or temporary.

139  00:14:20.850 --> 00:14:21.420 Pamela Sotoodeh: Yes.

140  00:14:26.940 --> 00:14:28.350 K. E. Bradley Law: I'm sorry I'm going to go back.

141  00:14:30.480 --> 00:14:35.670 K. E. Bradley Law: To something I meant to ask you earlier, can you give your educational background for me.

142  00:14:38.010 --> 00:14:42.990 Pamela Sotoodeh: Yes, I got my JD from Thurgood Marshall.

143  00:14:45.090 --> 00:14:48.930 Pamela Sotoodeh: And I went into private practice nursing home litigation for.

144  00:14:50.460 --> 00:14:56.400 Pamela Sotoodeh: Five years, then I moved to insurance Defense litigation for another five years and then.

145  00:14:57.420 --> 00:15:03.240 Pamela Sotoodeh: I did some federal work and multi district litigation in Chicago and then I returned back to Texas.

146  00:15:05.220 --> 00:15:11.850 K. E. Bradley Law: Yes ma'am okay, and as far as a priority, and you give me pretty good idea of the prior.

147  00:15:13.710 --> 00:15:15.000 K. E. Bradley Law: the past employers.

148  00:15:16.350 --> 00:15:16.920 Pamela Sotoodeh: Pardon me.

149  00:15:17.790 --> 00:15:27.660 K. E. Bradley Law: Past employers is that the Federal Government with did you say work for federal government or all-- all private practice or either with a commercial entity.

150  00:15:28.020 --> 00:15:31.020 Pamela Sotoodeh: Before Lonestar Legal Aid I was in private practice.

151  00:15:31.230 --> 00:15:32.430 K. E. Bradley Law: Private practice okay.

152  00:15:59.550 --> 00:16:06.390 K. E. Bradley Law: Specifically, when it-- and I know this was a long time ago, this is a while ago, so I understand you may not remember.

153  00:16:06.810 --> 00:16:20.700 K. E. Bradley Law: But, specifically when it comes to the hiring process for Chloe Baker person in reference, do you remember any parts of that process at all that-- as we were going through it, as far as.

154  00:16:21.870 --> 00:16:25.800 K. E. Bradley Law: The initial what job she was offered or anything of that nature.

155  00:16:26.340 --> 00:16:28.230 Pamela Sotoodeh: Okay, can you break that question down for me.

156  00:16:28.620 --> 00:16:34.350 K. E. Bradley Law: Yes, ma'am. Do you remember the position the initial position that she was.

311  00:40:39.570 --> 00:40:43.260 K. E. Bradley Law: And were you aware that the.

312  00:40:44.820 --> 00:40:51.240 K. E. Bradley Law: her position temporary workers agreement also was ended on that day.

313  00:40:52.380 --> 00:40:54.390 Pamela Sotoodeh: Yes, because I said—yes.

314  00:40:55.410 --> 00:40:56.730 K. E. Bradley Law: And I guess, my question is.

315  00:40:58.230 --> 00:41:11.700 K. E. Bradley Law: Is that something is that something where the-- because that temporary work agreement ended on that day is that automatic grounds for her to be let go at that point.

316  00:41:16.380 --> 00:41:22.020 K. E. Bradley Law: If-- if it expired on January 31 is that automatically with.

317  00:41:22.020 -- > 00:41:22.620 Pamela Sotoodeh: Yes if-

318  00:41:22.620 --> 00:41:26.160 K. E. Bradley Law: If the employment is over for you.

319  00:41:27.180 --> 00:41:27.810 Pamela Sotoodeh: Yes.

320  00:41:29.970 --> 00:41:30.900 K. E. Bradley Law: And that's the case.

321  00:41:32.580 --> 00:41:33.540 K. E. Bradley Law: Lonestar why?

322  00:41:35.160 --> 00:41:38.790 Pamela Sotoodeh: I-- I don't know I don't know rephrase that question.

323  00:41:39.270 --> 00:41:44.070 K. E. Bradley Law: Is that it would that be the standard protocol throughout Lonestar meaning--

324  00:41:44.880 --> 00:41:53.430 Pamela Sotoodeh: if you're on a temporary-- if you are a temporary worker and you have a temporary worker agreement and the agreement ends the dates certain that's the ending date.

325  00:41:54.090 --> 00:41:55.590 K. E. Bradley Law: That's the ending date of employment.

326  00:41:56.070 --> 00:42:03.480 Pamela Sotoodeh: We do we do calculate earned accruals if they had any earned accruals, they will continue to get those accruals that were earned.

327  00:42:06.300 --> 00:42:10.680 K. E. Bradley Law: Okay I'm going to take a short break and like I said I think—I'm just—I'll wrap up after this.

23

328  00:42:12.780 --> 00:42:13.830 K. E. Bradley Law: that's OK, with everyone.

329  00:42:15.870 --> 00:42:16.920 Chris Bacon: How much time do you want.

330  00:42:18.030 --> 00:42:20.280 K. E. Bradley Law: I just need—we're 11:04-

331  00:42:21.480 --> 00:42:27.480 K. E. Bradley Law: I'll be back at 11:10 and we can like I said I hope to be out of here by 11:30.

332  00:42:28.110 --> 00:42:28.410 Chris Bacon: Okay.

333  00:42:29.700 --> 00:42:30.150 Pamela Sotoodeh: Okay.

334  00:42:30.990 --> 00:42:34.020 Legally Under Oath: The time is 11:05 we're now off the record.

335  00:42:35.160 --> 00:42:38.520 Legally Under Oath: The time is 11:16am we're back on the record.

336  00:42:39.240 --> 00:42:44.610 K. E. Bradley Law: Yes ma'am. I just want to say this today, I just wanted to follow up with the as far as the.

337  00:42:46.290 --> 00:42:46.800 K. E. Bradley Law: Your--

338  00:42:48.000 --> 00:43:02.730 K. E. Bradley Law: I guess you don't actually have a role in the FMLA process, but I just wanted to understand if a-- if an employee is injured or has a disability, currently, what is the what I guess what is your policy on--

339  00:43:04.500 --> 00:43:15.180 K. E. Bradley Law: If their temporary work agreement expires, what is your policy on whether you maintain or how you treat that employee during that process it once their temporary work agreement expires.

340  00:43:18.180 --> 00:43:18.990 Pamela Sotoodeh: Repeat that again.

341  00:43:19.890 --> 00:43:23.910 K. E. Bradley Law: If an employee has a disability, that they that they.

342  00:43:25.710 --> 00:43:31.230 K. E. Bradley Law: received on the job injury, something that they received on their job, and they have an active open.

343  00:43:33.210 --> 00:43:46.740 K. E. Bradley Law: Policy going on, or application going on for FMLA or workers COMP or something like that, what is your process your normal process if their work agreement there's work agreement ends during that period.

24

244  00:27:41.580 --> 00:27:49.410 K. E. Bradley Law: I think if you put it to 100% sir it might probably or fit the screen it probably will give us more of or maybe.

245  00:27:57.810 --> 00:27:58.170 (mario)Legally Under Oath: Is that better--

246  00:28:01.260 --> 00:28:02.370 (mario)Legally Under Oath: or that's the whole document there.

247  00:28:06.060 --> 00:28:18.630 K. E. Bradley Law: And again prior to her sending you this email that's yet ever expressed this severity of the concerns she was having with the office environment, the culture in the office or anything with that nature.

248  00:28:19.560 --> 00:28:25.440 Sonia Lopez - Lonestar Legal Aid: Not that I can recall just you know the tension that I think I've already mentioned, but I think--

249  00:28:27.270 --> 00:28:27.990 Sonia Lopez - Lonestar Legal Aid: that's about it.

250  00:28:32.040 --> 00:28:42.120 K. E. Bradley Law: With that tension how severe did she say it did she let you know, it was a significant challenge to her or did would just feel like something minor.

251  00:28:44.520 --> 00:28:45.120 Sonia Lopez - Lonestar Legal Aid: to her.

252  00:28:46.320 --> 00:28:50.340 Sonia Lopez - Lonestar Legal Aid: I don't know how it felt to her, I mean I know what she might have expressed--

253  00:28:51.990 --> 00:29:02.970 K. E. Bradley Law: Correct and just she expressed it being significant like it was causing her challenges with her work or did she express it like this is in kind of a passing manner.

254  00:29:06.030 --> 00:29:11.550 Sonia Lopez - Lonestar Legal Aid: I don't know how she felt about it, I can only tell you that she was expressing her concerns to me.

255  00:29:13.290 --> 00:29:13.770 K. E. Bradley Law: and

256  00:29:15.540 --> 00:29:22.440 K. E. Bradley Law: Over time, prior to January 3rd again and I know it sounds like a repetitive question, but what I'm asking you, is.

257  00:29:23.580 --> 00:29:30.900 K. E. Bradley Law: Just before we get to the point where we submit this formal complaint or this long drawn out email--

258  00:29:32.130 --> 00:29:39.360 K. E. Bradley Law: and expressing how severe it is there was nothing that you received any indication that it was getting to this point.

19

259  00:29:42.150 --> 00:29:42.720 Sonia Lopez - Lonestar Legal Aid: No.

260  00:29:45.300 --> 00:29:45.660 K. E. Bradley Law: Okay.

261  00:29:47.160 --> 00:30:02.970 K. E. Bradley Law: So, there you didn't feel any need, at any point to basically do any kind of training or assessment or have any kind of conversation with the team in the combined arms building about the office environment what--

262  00:30:05.280 --> 00:30:07.320 K. E. Bradley Law: What's tolerated—what's not tolerated.

263  00:30:09.270 --> 00:30:14.250 Sonia Lopez - Lonestar Legal Aid: I went ahead and I received this email and sent it to our--

264  00:30:16.320 --> 00:30:19.650 Sonia Lopez - Lonestar Legal Aid: Well not human resources, but to our Deputy Director, Mr. Brown--

265  00:30:21.630 --> 00:30:26.370 K. E. Bradley Law: understood I'm just saying so, this email was almost a surprise to you that she felt this.

266  00:30:27.960 --> 00:30:33.540 K. E. Bradley Law: She was just challenged or the environment was had gotten to this point, this was just a total surprise to you that.

267  00:30:34.560 --> 00:30:37.110 K. E. Bradley Law: You know she felt this strongly about the situation.

268  00:30:38.610 --> 00:30:40.890 Sonia Lopez - Lonestar Legal Aid: Strongly, I guess, I would say yes.

269  00:30:42.810 --> 00:30:44.430 K. E. Bradley Law: And when you receive this email.

270  00:30:45.450 --> 00:30:55.770 K. E. Bradley Law: And you forward it to Mr. Brown, did you take any additional actions at that point to kind of make the environment, to make sure the environment.

271  00:30:57.390 --> 00:31:01.620 K. E. Bradley Law: became better or everybody understood that there was a challenging.

272  00:31:03.300 --> 00:31:04.830 Sonia Lopez - Lonestar Legal Aid: I don't think that I gathered.

273 00:31:06.570 --> 00:31:15.900 Sonia Lopez - Lonestar Legal Aid: The unit as a whole, together, I remember reviewing the notes that she refers to--

274 00:31:18.840 --> 00:31:32.370 Sonia Lopez - Lonestar Legal Aid: And maybe asking some questions, but in reviewing the notes that she refers to staff were following our protocol to document what clients say to them.

275 00:31:37.200 --> 00:31:45.450 K. E. Bradley Law: And that was basically the major concern is you wanted to make sure that notes indicated that what the notes were-- were I guess.

276 00:31:47.280 --> 00:31:51.300 K. E. Bradley Law: The notes were consistent with what your policies, was it wasn't to.

277 00:31:52.560 --> 00:32:07.080 K. E. Bradley Law: Make sure that we fostered—a-- I guess a more accepting environment it was just more-- more so to just make sure that we weren't doing anything outside of our policy, as far as documenting notes is that fair.

278 00:32:08.190 --> 00:32:09.450 Sonia Lopez - Lonestar Legal Aid: No, it is not fair.

279 00:32:11.640 --> 00:32:23.460 K. E. Bradley Law: In your words, how would you describe I'm just trying to see on January 3 when you get this and it seems like at that point, I would say, would you say that you did.

280 00:32:24.510 --> 00:32:38.640 K. E. Bradley Law: believe that she was there was a-- great concerns she had great concern or she was-- she did feel like she was being harassed or retaliated against or being discriminated against at that point.

281 00:32:39.540 --> 00:32:47.100 Sonia Lopez - Lonestar Legal Aid: I don't think I can speak for Ms. Baker, but I do agree that she was trying to point out, concerns and I reviewed.

282 00:32:48.060 --> 00:33:02.550 Sonia Lopez - Lonestar Legal Aid: In the notes what had happened because we do not want to foster any type of environment, but what I was able to review was that any statements that she was referring to were from clients, not from staff.

283 00:33:03.990 --> 00:33:04.410 K. E. Bradley Law: Do you--

284  00:33:04.440 --> 00:33:05.250 Sonia Lopez - Lonestar Legal Aid: And pass that.

285  00:33:05.520 --> 00:33:12.720 Sonia Lopez - Lonestar Legal Aid: It was really up to our supervisors to let me know what to do, pass that.

286  00:33:14.670 --> 00:33:30.510 K. E. Bradley Law: And so, this email, is the only ca-- is the only or the first time, you had the context that this was more severe and based on what the note said you felt I'm going to pass this this passes on and to the director at that point.

287  00:33:31.590 --> 00:33:33.690 Peter Goetschel: I'm going to object to the form of that question.

288  00:33:37.710 --> 00:33:38.640 K. E. Bradley Law: I'll rephrase.

289  00:33:43.500 --> 00:33:44.310 K. E. Bradley Law: Is this.

290  00:33:45.360 --> 00:33:54.750 K. E. Bradley Law: The first time that you realize that that she had a severe concern about the office climate, the office environment.

291  00:33:56.310 --> 00:34:02.250 Sonia Lopez - Lonestar Legal Aid: I cannot respond to severity, but I do believe she was expressing her concerns in this email.

292  00:34:11.580 --> 00:34:20.490 K. E. Bradley Law: And what-- how is this different from the previous times that she expressed concerns about the culture or office environment.

293  00:34:21.750 --> 00:34:24.480 Sonia Lopez - Lonestar Legal Aid: I don't recall any other previous occasions.

294  00:34:25.680 --> 00:34:39.000 K. E. Bradley Law: So there was never any emails expressing concern or never having phone calls prior to this expressing concerns about specific individuals or overall office environment.

295  00:34:40.860 --> 00:34:46.260 Sonia Lopez - Lonestar Legal Aid: A long time ago but I can't-- I don't recall any that would--

296  00:34:47.430 --> 00:34:51.540 Sonia Lopez - Lonestar Legal Aid: say there was great grave concern no Sir.

297  00:34:54.810 --> 00:35:00.990 K. E. Bradley Law: Not grave concern, but what would it be something if she had a concern at all about.

298  00:35:02.490 --> 00:35:11.040 K. E. Bradley Law: Factors such as felt discriminated against at all would that be something that we would – you would want to address.

299  00:35:12.900 --> 00:35:22.020 Sonia Lopez - Lonestar Legal Aid: If there was that type of wording at all or any type of sentiment, I would have directed my supervisors to become involved in the matter, yes.

300  00:35:23.820 --> 00:35:25.680 Sonia Lopez - Lonestar Legal Aid: But I don't recall any of that no Sir.

301  00:35:29.490 --> 00:35:34.110 K. E. Bradley Law: After Ms. Mills, did you do any kind of I guess.

302  00:35:35.640 --> 00:35:44.700 K. E. Bradley Law: office climate check or anything of that nature to just kind of figure out where the staff was after she left as a direct supervisor.

303  00:35:46.860 --> 00:35:55.560 Sonia Lopez - Lonestar Legal Aid: We have weekly staff meetings is what you know normally happens in the unit, so I would have you know, had staff meetings generally.

304  00:35:58.740 --> 00:36:17.070 K. E. Bradley Law: And in that time frame you didn't have you didn't pick up or notice any kind of concerns about particular individuals or overall that Ms. Baker was under stress or having challenges with her co-workers.

305  00:36:17.760 --> 00:36:29.730 Sonia Lopez - Lonestar Legal Aid: Other than what I already discussed about you know locate-- locating and making sure that you know, we had--she was she could be found at the Bakey or where she was supposed to be reporting to.

306  00:36:34.410 --> 00:36:48.810 K. E. Bradley Law: Wen you receive when you saw going back to the document when you received this document, did you at any point, after this document address the entire team your retired staff too have concerns or any individuals with this or Ms. Baker.

307  00:36:49.860 --> 00:36:52.050 K. E. Bradley Law: Ms. Baker your team or any individual.

23

308  00:36:54.870 --> 00:37:00.480 Sonia Lopez - Lonestar Legal Aid: Well, I mean again generally we meet or we would meet weekly for staff meetings.

309  00:37:04.590 --> 00:37:07.140 K. E. Bradley Law: But as far as--

310  00:37:08.370 --> 00:37:23.520 K. E. Bradley Law: Expressing or dealing directly with the with Ms. Baker's concern that once you read the once you read the report, you were-- you didn't feel it was necessary to even address that with any other-- other members of the team.

311  00:37:25.080 --> 00:37:38.370 Sonia Lopez - Lonestar Legal Aid: I believe I might have spoken to some, just to clarify what might have happened and to clarify the notes in the system, but other than that, I think it was pretty general.

312  00:37:41.310 --> 00:37:48.930 K. E. Bradley Law: Pretty general, as far as did you talk to Mr. Brown after or what did--

313  00:37:53.100 --> 00:37:59.760 K. E. Bradley Law: Did you talk to Mr. Brown, after, after you forwarded this email to ask what the next steps were.

314  00:38:00.840 --> 00:38:02.820 Sonia Lopez - Lonestar Legal Aid: I'm sure I did, but I think.

315  00:38:03.990 --> 00:38:07.200 Sonia Lopez - Lonestar Legal Aid: I would have heard a directive if I needed to do anything further.

316  00:38:11.160 --> 00:38:27.060 K. E. Bradley Law: And at that particular point once it was I guess annotated that he would accept it, it would be accepted as a as a formal complaint, as her formal complaint what were your-- what was your place in that process.

317  00:38:30.150 --> 00:38:32.580 Sonia Lopez - Lonestar Legal Aid: I was waiting for further instructions.

318  00:38:35.370 --> 00:38:43.500 K. E. Bradley Law: And during the investigatory period from this based on that complaint, did you have any role in that process-- process either.

319  00:38:44.820 --> 00:38:45.180 Sonia Lopez - Lonestar Legal Aid: No.