UNITED STATES DITRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHLOE BAKER**
*Plaintiff*
v.

**LONE STAR LEGAL AID**
*Defendant*

§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 4:20-CV-03870

EXHIBIT INDEX
TO PLAINTIFF'S

A. PERMANENT HIRE PAPERWORK
B. NOTE WITH FRAUDULENT INFORMATION
C. MISSING TRAVEL EXPENSES
D. NOTE SHOWING PLAINTIFF TOOK OFFENSE TO ACTIONS OF COWORKERS
E. COURTNEY PAULDING ADMITTING THAT SHE WROTE NOTES TO BE MEAN
F. PSYCHIATRIC BEDREST
G. RIGHT TO SUE
H. NO ACTION TAKEN INTERROGATORY
I. FEBRUARY 2019 EEOC
J. EMAIL TAKE AN ASS COMPLAINT AND FOLLOW UPS
K. WORKER AGREEMENT
L. "MEAN" EMAIL
M. TRAVEL VOUCHERS
N. COLLECTIVE BARGAINING AGREEMENT EXCERTS
O. PERSONNEL MANUAL EXCERTS
P. ERNEST BROWN DECLARATION
Q. PAMELA SOOTODEH DEPOSTION
R. SONIA LOPEZ DEPOSITION