United States District Court
Southern District of Texas

**ENTERED**

July 21, 2022

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHLOE BAKER, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-03870 |
| | § | |
| LONE STAR LEGAL, | § | |
| AID, | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's Memorandum and Order granting Defendant's

Motion for Summary Judgment, this civil action is DISMISSED WITH PREJUDICE.


This is a FINAL JUDGMENT.


Signed on July 21, 2022 at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

1